UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

_____
OPTIMA STEEL INTERNATIONAL LLC,      :
                                     :
            Plaintiff,               :    Court No. 21-00062
                                     :
        v.                           :
                                     :
UNITED STATES,                       :
                                     :
            Defendant.               :
_____:

### ORDER

Upon reading defendant's motion to extend the time within which to respond to plaintiff's complaint; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that defendant's motion be, and hereby is, granted; and it is further

ORDERED that defendant's time to file its response to plaintiff's complaint be, and hereby is, extended from June 4, 2021 to and including July 2, 2021.

_____
                                              CHIEF JUDGE

Dated: New York, NY
       This      day of June, 2021

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

```
_____
OPTIMA STEEL INTERNATIONAL LLC,        :
                                       :
               Plaintiff,              :    Court No.  21-00062
                                       :
       v.                              :
                                       :
UNITED STATES,                         :
                                       :
               Defendant.              :
_____:
```

### DEFENDANT'S MOTION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

The United States (the Government), pursuant to Rules 6(b) and 7 of the United States Court of International Trade, hereby moves this Court for an extension of time of twenty-eight (28) days, from June 4, 2021, to and including July 2, 2021 to respond to plaintiff's complaint.  A response to the complaint is presently due on June 4, 2021, and this is the second request by the Government to extend the time within which to respond to the complaint.  On June 1, 2021, Mr. James C. Beaty of Curtis-Mallet-Prevost, Colt & Mosle LLP, counsel for plaintiff, advised that plaintiff takes no position on this motion.

Good cause exists for the requested extension.  When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule."  *POSCO, et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United*

*States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b))).

The additional time requested is necessary for the following reasons. Although we are still in the process of investigating the facts and issues alleged in the complaint, we recently discovered that there may be jurisdictional issues that will impact the case. For instance, based on the information gathered so far, jurisdiction under 28 U.S.C. § 1581(a) may be inappropriate because the summons may have been filed untimely (*i.e.*, not within 180 days of protest denial).

Moreover, counsel of record's work load constraints necessitate the additional time. Specifically, counsel of record is actively working on the following matters that have deadlines in the next couple of weeks: *NEXTEEL Co., Ltd. v. United States*, Consol. Court No. 2021-1334 (response brief before the U.S. Court of Appeals for the Federal Circuit due on June 21, 2021); *Richmond Int'l Forest Products LLC v. United States*, 21-00178 (response to complaint due on June 21, 2021); *Acquisition 362, LLC dba Strategic Import Supply v. United States*, Ct. No. 20-03762 (response to plaintiff's motion for reconsideration due on June 23, 2021).

Given the nature of the issues presented in the complaint and counsel of record's responsibilities in other matters, the additional twenty-eight days we are seeking will enable us to better assist the Court in evaluating this action.

For these reasons, the Government respectfully requests that its motion be granted.

                                          Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Acting Assistant Attorney General

                                          JEANNE E. DAVIDSON
                                          Director

By:    /s/ Justin R. Miller
           JUSTIN R. MILLER
           Attorney-In-Charge
           International Trade Field Office

           /s/ Hardeep K. Josan
           HARDEEP K. JOSAN
           Trial Attorney
           International Trade Field Office
           Department of Justice, Civil Division
           Commercial Litigation Branch
           26 Federal Plaza, Room 346
           New York, New York 10278
           (212) 264-9245 or 9230

June 2, 2021                        Attorneys for Defendant