## UNITED STATES COURT OF INTERNATIONAL TRADE

*Before:* **The Honorable Chief Judge Mark A. Barnett**

| | |
|---|---|
| Optima Steel International LLC, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-00062 |
| United States, | ) |
| Defendant. | ) |

## **ORDER**

Upon review of Plaintiff's Unopposed Motion to Accept Proposed Amended Complaint, and upon all others papers and proceedings herein, it is hereby

**ORDERED** that Plaintiff's motion is GRANTED; and it is further

**ORDERED** that the Proposed Amended Complaint (ECF Nos. 20 and 21) is accepted and deemed filed.

**SO ORDERED.**

Dated: June 9, 2021        /S/    Mark A. Barnett
New York, New York        Mark A. Barnett, Chief Judge